Louise Bucker, appellee, v. Central Business Men's Association, appellant. Gen. No. 32,507.

Opinion filed April 9, 1928.

Helmer, Moulton, Whitman & Holton, for appellant. Rufus M. Potts, C. W. Armstrong and Joseph W. Cox, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Clement A. Boyle, appellee, v. Yellow Cab Company, appellant. Gen. No. 32,520.

Opinion filed April 9, 1928.

Samuels, Costello & Greenberg, for appellant. Golden, Kagan & Whiteside, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Joseph E. Snowden, administrator of the estate of Ella Lee, deceased, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 32,557.

Opinion filed April 9, 1928.

Hoyne, O'Connor & Rubinkam, for appellant. Heber T. Dotson, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Meyer W. Goldstein, appellee, v. Harry Mizell et al., defendants, on appeal of Julius Simon et al., appellants. Gen. No. 32,740.

Opinion filed April 23, 1928.

Rosenberg, Braude & Zimmerman, for appellants; Irving Zimmerman and Benjamin Nelson, of counsel. Samuel H. Rosenthal, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Charles R. Wells, administrator, appellee, v. Louis Benson, appellant. Gen. No. 32,305.

Opinion filed May 2, 1928.